UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 11, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 24-MJ-198 (ZMF) |
| NATHANIEL LAMAR NELSON SCOTT, | : | VIOLATION: |
| | : | 18 U.S.C. § 2423(b) |
| Defendant. | : | (Travel with Intent to Engage in Illicit Sexual Conduct) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 2428(a); 21 U.S.C. § 853(p); |
| | : | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 5, 2024, in the District of Columbia and elsewhere, the defendant, **NATHANIEL LAMAR NELSON SCOTT**, did travel in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, to wit: **NATHANIEL LAMAR NELSON SCOTT** traveled into the District of Columbia from the State of Maryland with a motivating purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a person under 18 years of age, that is, 6 years of age, and said sexual act would be a violation of Chapter 109A of Title 18.

**(Travel With Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), his interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of this offense, and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of this offense.   The property subject to forfeiture includes:

   (a)   a black Samsung Galaxy S22 Ultra 5G cellphone associated with IMEI 358132929187143;

   (b)   a blue Apple iPhone 12 Pro cellphone with a shattered back associated with IMEI 354523334537969; and

   (c)   a white 2014 Honda Accord associated with VIN 1HGCR3F80EA019555.

The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate this offense; and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of this offense.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2428(a), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /JJI*
Attorney of the United States in
and for the District of Columbia.