# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.  24-cr-287 |
| NATHANIEL SCOTT | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                     Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(✓) (6) The defendant is placed in the custody of:
    Person or organization: Defendant's mother and step-father
    Address (only if above is an organization): 
    City and state:                                            Tel. No.:
    who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

    Signed: _____   _____
            Custodian                 Date

(✓) (7) The defendant must:
    (✓) (a) submit to supervision by and report for supervision to the Pretrial Services for the District as directed,
        telephone number _____, no later than _____.
    ( ) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    ( ) (d) surrender any passport to: 
    ( ) (e) not obtain a passport or other international travel document.
    ( ) (f) abide by the following restrictions on personal association, residence, or travel:
    ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
    ( ) (h) get medical or psychiatric treatment:
    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:
    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (✓) (k) not possess a firearm, destructive device, or other weapon.
    ( ) (l) not use alcohol ( ) at all ( ) excessively.
    (✓) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    (✓) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        (✓) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                          Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

(✓) (q) submit to the following location monitoring technology and comply with its requirements as directed:
   ( ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
   ( ) (ii) Voice Recognition; or
   ( ) (iii) Radio Frequency; or
   (✓) (iv) GPS.

( ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(✓) (t) Abide by all conditions in the attached addendum. Defendant shall receive and comply with courtesy supervision of the Pretrial Services for the District tasked with courtesy supervision, which is to include home visits.

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____    _____
                                                                                       *Judicial Officer's Signature*

                                                                                  Zia M. Faruqui, U.S. Magistrate Judge
                                                                                       *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHANIEL SCOTT<br><br>Defendant. | Case No. 24-cr-287 |

### ADDENDUM

I. **In addition to the release conditions included in the Order Setting Conditions of Release, Defendant shall comply with the following conditions of release:**

1. Defendant shall be released into the custody of his two third-party custodians, his mother and his step-father.

2. Defendant is not allowed to leave the third-party custodians' residence except to attend Court proceedings. Defendant may only travel to medical appointments with prior approval from the Pretrial Services office.

3. The only individuals allowed in the the third-party custodians' residence are the Defendant and the third-party custodians. No visitors are permitted.

4. Defendant is not to have access to the Internet, social media, a smart phone, or any device that can access the Internet.

5. The third-party custodians are to remove all smart phones and devices capable of accessing the Internet from the home. The third-party custodians are permitted only to have a "flip phone" (i.e., a phone that does not have access to the Internet). The flip phones phone shall remain with the third-party custodians at all times and in a lockbox when they are sleeping.

6. Defendant shall not go outdoors.

7. Defendant is not to have any contact by phone or other means with any person except for his third-party custodians, his legal team, and the Pretrial Services office. Defendant must obtain permission from the Pretrial Services office to communicate with any licensed medical professional.

**II.     To ensure Defendant's compliance with the conditions of his release, the third-party custodians shall:**

1. Monitor Defendant in accordance with all conditions in this order and addendum.

2. Have one third-party custodian always present in the residence while Defendant is there.

3. Ensure Defendant does not access any computers, "smart" devices, cell phone, or electronic devices capable of accessing the internet.

4. Allow no visitors into the residence. If a third-party custodian or resident wishes to meet a visitor, they must do so outside of the house and only if another custodian is present in the house to monitor the Defendant.

5. Conduct a daily search of the home and of the Defendant to ensure he has no contraband or communications device. This search is to occur at random times.

6. Have no firearms or explosive devices in the residence.

7. Only allow Defendant to communicate with his legal team and the Pretrial Services office. The third-party custodian shall make any phone call to such persons and confirm their authenticity before giving the phone to Defendant.

8. Remove all Internet, WiFi connections, routers, and any device capable of accessing the Internet from the home. No such devices are permitted in the home at any time.

9. Immediately report any violations of the conditions of release to the police and Pretrial Services office.

10. Submit weekly compliance reports, via phone call or text message, to defense counsel and/or PSA confirming compliance with conditions of release under penalty of perjury.

11. Remove bedroom door to the room in which Defendant is staying or if that is not possible keep the bedroom door open at all times.